AMERICAN HOME ASSURANCE COMPANY, INC. v. HERMANN'S WAREHOUSE CORPORATION.

January 20, 1988.

Petition for certification granted.   (See 215 *N.J.Super.* 260)

AMERICAN HOME ASSURANCE COMPANY, INC. v. HERMANN'S WAREHOUSE CORPORATION.

January 20, 1988.

Cross-petition for certification denied.   (See 215 *N.J.Super.* 260)

COUNTY TRUST COMPANY v. CHIEF MOTORS, INC. AND GAIL ANN CHIEFFO.

January 20, 1988.

Petition for certification denied.

ELLIOT FRIEDMAN AND SABINA FRIEDMAN v. RAJINDAR PAUL CHOPRA AND AZORA CHOPRA AND BRUCE F. DONALDSON, INDIVIDUALLY AND T/A THE DONALDSON AGENCY.

January 20, 1988.

Petition for certification denied.   (See 220 *N.J.Super.* 546)